UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KELLY, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 2:15-cv-6668 (DS) |
| BUSINESS INFORMATION GROUP, INC. | : |
| Defendant. | : |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Plaintiff Michael Kelly, through his counsel, hereby responds in opposition to Defendant Business Information Group, Inc.'s Motion for Partial Judgment on the Pleadings. The motion should be denied for the reasons discussed in Plaintiff's memorandum of law, filed herewith.

Respectfully,

By: *John Soumilas*
James. A. Francis
John Soumilas
Lauren K.W. Brennan
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Tel. (215) 735-8600
Fax (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Kristi Cahoon Kelly, *pro hac vice*
KELLY & CRANDALL, PLC

        4084 University Drive, Suite 202A  
        Fairfax, VA  22030  
        (703) 424-7576 – Telephone  
        (703) 591-0167 – Facsimile  
        E-mail:  kkelly@kellyandcrandall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 19, 2016, a true and correct copy of the foregoing was forwarded to

William J. Simmons
**LITTLER MENDELSON, P.C.**
Three Parkway 1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3047
wsimmons@littler.com

Rod M. Fliegel
**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, CA 94104
415.433.1940
rfliegel@littler.com

Chad J. Kaldor
**LITTLER MENDELSON, P.C.**
Fifth Third Center
21 East State Street, 16th Floor
Columbus, OH 43215
614.463.401
ckaldor@littler.com

Daniel P. Shanahan
**WILLIAMS & CONNOLLY, LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
202.434.5174
dshanahan@wc.com

*Attorneys for Defendant*
*Business Information Group, Inc.*

       s/ *John Soumilas*
      Counsel for Plaintiff