IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL KELLY | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. 15-6668 |
| v. | : | |
| | : | |
| BUSINESS INFORMATION GROUP, INC. | : | |
| | : | |
|     Defendant | : | |

## FIFTH AMENDED SCHEDULING ORDER

AND NOW, this 9th day of April, 2018, upon review of the Joint Status Report submitted by the parties on April 9, 2018 (Doc. 91), which reports substantial progress towards a resolution of this matter, **IT IS HEREBY ORDERED THAT** the Amended Scheduling Order of July 24, 2017 (Doc. 81) **IS FURTHER AMENDED** as follows:

1. The parties **SHALL FILE** their motion for preliminary approval of a class action settlement by April 16, 2018.   Should the parties unexpectedly reach impasse upon the content of the terms sheet, the settlement agreement, or any other documents that would be necessary for this motion to be filed, the parties will alert the Court either seven (7) days after reaching final impasse or April 16, 2018, whichever is earlier; and

2. All other deadlines set forth in the (First) Amended Scheduling Order are **STAYED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE