UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KELLY, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 2:15-cv-6668 (DS) |
| BUSINESS INFORMATION GROUP, INC. | : |
| Defendant. | : |

**PLAINTIFF'S UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS**

Pursuant to Fed. R. Civ. P. 23(c) and Eastern District Local Rule 23.1, and for the reasons set forth more fully in the attached Memorandum of Law, Plaintiff Michael Kelly moves the Court for an Order preliminarily approving the settlement of this class action, approving the form and method for providing class-wide notice and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Judgment and Order and Plaintiff's request for a service award and approval of agreed-upon attorney's fees and costs.

Defendant does not contest the requested relief.

Dated: May 17, 2018            Respectfully submitted,

By: *James A. Francis*
James A. Francis
John Soumilas
Lauren KW Brennan
FRANCIS & MAILMAN, P.C.
100 South Broad Street, Suite 1902
Philadelphia, PA 19110
Tel. (215) 735-8600
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Kristi Cahoon Kelly, *pro hac vice*
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, VA  22030
Tel. (703) 424-7576
kkelly@kellyandcrandall.com

Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel. (757) 930-3660
lenbennett@clalegal.com

Matthew J. Erasquin
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandra, VA 22314
Tel. (703) 273-7770
matt@clalegal.com


*Counsel for Plaintiff and the Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, a copy of the was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

Date: May 17, 2018                         */s/ James A. Francis*
                                           James A. Francis