IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL KELLY, on behalf of himself and all others similarly situated | : : : | |
| v. | : : | CIVIL ACTION NO. 15-6668 |
| BUSINESS INFORMATION GROUP, INC. | : : | |

## ORDER

AND NOW, this 4th day of June, 2018, following upon consideration of Plaintiff's Uncontested Motion for Preliminary Approval of Class Action Settlement and Notice to Class (Doc. 99), **IT IS HEREBY ORDERED THAT** counsel shall appear for oral argument on **Tuesday, June 12, 2018 at 2:00 p.m.** in Courtroom 3-H.  Counsel should be prepared to respond to the Court's questions concerning, *inter alia*, Defendant's current practices, the provisions of the proposed class settlement, the manner in which the settlement terms were negotiated, the administration of the proposed settlement, and such other topics as the Court may designate.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE