UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MICHAEL KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>BUSINESS INFORMATION GROUP, INC.<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 2:15-cv-6668 (DS)<br>:<br>: CLASS ACTION<br>:<br>: |

### MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTRY OF FINAL JUDGMENT AND ORDER

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff Michael Kelly hereby seeks final approval of the class action settlement preliminarily approved by this Court by Order dated June 28, 2018 (ECF 103).

Dated: October 22, 2018     Respectfully submitted,

    *s/ James A. Francis*

| **FRANCIS & MAILMAN, P.C.** | **CONSUMER LITIGATION ASSOCIATES, P.C.** |
|---|---|
| James A. Francis | Leonard A. Bennett |
| John Soumilas | 763 J Clyde Morris Blvd., Suite 1-A |
| David A. Searles | Newport News, VA 23601 |
| 1600 Market Street | (757) 930-3660 |
| 25th Floor |  |
| Philadelphia, PA 19103 |  |
| (215) 735-8600 |  |
|  |  |
| **KELLY & CRANDALL, PLC** | **CONSUMER LITIGATION ASSOCIATES, P.C.** |
| Kristi Cahoon Kelly | Matthew J. Erausquin |
| 4084 University Drive | 1800 Diagonal Road, Suite 600 |
| Suite 202A | Alexandra, VA 22314 |
| Fairfax, VA  22030 | (703) 273-7770 |
| (703) 424-7576 |  |

*Attorneys for Plaintiff and Settlement Classes*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Cases Files system.  A copy of the foregoing has been served on counsel of record via a Notice of Electronic Filing generated by the ECF system.

DATED: October 22, 2018                                             */s/ James A. Francis*
                                                                                          James A. Francis