UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KELLY, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 2:15-cv-6668 (DS) |
| BUSINESS INFORMATION GROUP, INC. | : CLASS ACTION |
| Defendant. | : |

## MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Plaintiff Michael Kelly hereby moves this Court for an award of attorneys' fees and reimbursement of expenses pursuant to the settlement of this matter. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

Dated: October 22, 2018          Respectfully submitted,

*s/ James A. Francis*

**FRANCIS & MAILMAN, P.C.**
James A. Francis
John Soumilas
David A. Searles
1600 Market St, 25th Floor
Philadelphia, PA 19103
(215) 735-8600

**CONSUMER LITIGATION ASSOCIATES, P.C.**
Leonard A. Bennett
763 J Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660

**KELLY & CRANDALL, PLC**
Kristi Cahoon Kelly
4084 University Drive
Suite 202A
Fairfax, VA 22030
(703) 424-7576

**CONSUMER LITIGATION ASSOCIATES, P.C.**
Matthew J. Erausquin
1800 Diagonal Road, Suite 600
Alexandra, VA 22314
(703) 273-7770

*Attorneys for Plaintiff and Settlement Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Cases Files system. A copy of the foregoing has been served on counsel of record via a Notice of Electronic Filing generated by the ECF system.

DATED: October 22, 2018                    /s/ *James A. Francis*
                                            James A. Francis