IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KELLY : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 15-6668 |
| v. : | |
| : | |
| BUSINESS INFORMATION GROUP, : | |
| INC. : | |
| Defendant. : | |

## ORDER

AND NOW, this 31st day of January, 2019, upon consideration of Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Expenses (Doc. 149), to which Defendant has filed no opposition, and for the reasons set forth in the Memorandum Opinion filed this date, it is HEREBY ORDERED that Class Counsel is awarded fees and costs in the amount of $1,035,000.00. Defendant shall pay such sum in accordance with the terms of the Settlement Agreement.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE