IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KELLY | : |
|     Plaintiff, | : |
| | :    CIVIL ACTION NO. 15-6668 |
| v. | : |
| | : |
| BUSINESS INFORMATION GROUP, INC. | : |
| | : |
|     Defendant. | : |

## ORDER

AND NOW, this 16th day of November, 2020, upon consideration of Plaintiff Michael Kelly's Motion for Approval of Distribution to *Cy Pres* Recipients (Doc. No. 162), to which Defendant is not opposed, it is HEREBY ORDERED that Plaintiff's motion is GRANTED. IT IS FURTHER ORDERED that, out of the remaining funds reflecting uncashed settlement checks, and in accordance with the terms of the Settlement Agreement approved by the Court on February 1, 2019 (Doc. No. 158), the Settlement Administrator SHALL MAKE the following payments from the remainder of the Rule 23(b)(3) Claims Made Pool:

(1) a payment of three thousand, six hundred dollars ($3,600.00) to American Legal Claim Services LLC; and

(2) a payment of all remaining funds, to be evenly split between *cy pres* recipients:

    a. National Consumer Law Center, to be used solely for consumer financial education purposes, and

    b. StreetLaw.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE